# United States District Court
# For The Western District of North Carolina
# Statesville Division

KENNET EDGAR PATTON,

        Plaintiff(s),              JUDGMENT IN A CIVIL CASE

vs.              CASE NO. 5:06CV54-1-MU

CARLA O'KONEK SMITH,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2006, Order.

        FRANK G. JOHNS, CLERK

September 11, 2006

        BY: s/ Carolyn Bouchard
            Carolyn Bouchard, Deputy Clerk